IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SCOTT M. MYERS**, <br><br> Plaintiff, <br><br> v. <br><br> **NANCY A. BERRYHILL,** Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, <br><br> Defendant. | Case No. 3:17-cv-00819-SI <br><br> **ORDER** |

**Michael H. Simon, District Judge.**

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, attorney's fees in the amount of $5,812.23 is awarded to Plaintiff. It is ordered that the attorney's fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, George J. Wall, and mailed to Plaintiff's attorney's mailing address at: 825 NE 20th Avenue, Suite 330, Portland, OR 97232. If Plaintiff

has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff's counsel and mailed to Plaintiff's attorney's mailing address stated above.

**IT IS SO ORDERED.**

DATED this 17th day of October, 2018.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge